# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAROL CAPLINGER, et al.,                :

      Plaintiffs,                          Case No. 3:12-cv-97

                                                    District Judge Thomas M. Rose
    -vs-                                     Magistrate Judge Michael R. Merz
                                   :

WHITFIELD FARLEY, III, et al.,

      Defendants.

## ORDER ADOPTING STIPULATION

      This cause has come before the Court upon the Parties filing their Stipulation Resolving Pending Motion to Dismiss (Doc. No. 34);

      And the Court, being duly advised, now ORDERS, ADJUDGES AND DECREES that said Stipulation is hereby ADOPTED by this Court;

      IT IS FURTHER ORDERED that the Stipulation Resolving Pending Motion to Dismiss, filed jointly by all parties, shall be considered as the Order of this Court. Defendant Clear Creek Farm's Motion to Dismiss and/or Motion to Bifurcate and Stay Punitive Damages (Doc. # 31) is resolved by this Order.

      Upon the parties' request for a settlement conference, Magistrate Judge Sharon L. Ovington, the Dayton ADR Coordinator, shall assign the case for mediation.

November 16, 2012                           *Thomas M. Rose*

                                                    _____
                                                    THOMAS M. ROSE, JUDGE
                                                    United States District Court