# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAROL CAPLINGER, et al.,          :

      Plaintiffs,                                Case No. 3:12-cv-97

                                                          District Judge Thomas M. Rose
      -vs-                                              Magistrate Judge Michael R. Merz

                                                      :

WHITFIELD FARLEY, III, et al.,

      Defendants.

## ORDER STAYING PROCEEDINGS AS TO WHITFIELD FARLEY, III

      The Court having been notified with adequate proof that Defendant Whitfield Farley, III, has filed a petition seeking protection from his creditors and the discharge of his obligations in United States Bankruptcy Court, Southern District of Ohio, and that the debt of plaintiff is listed in said bankruptcy petition, it is hereby ORDERED that all proceedings against Whitfield Farley, III, and his property in this matter are hereby stayed pending the outcome of the bankruptcy proceedings.  Mr. Farley's counsel shall keep this Court currently advised of the status of the bankruptcy proceedings.

January 3, 2013.

                                                                        s/ *Michael R. Merz*
                                                                  United States Magistrate Judge