IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CAROL CAPLINGER et al. , : | |
| Plaintiffs, | |
| | Case No. 3:12-CV-97 |
| vs : | |
| WHITFIELD FARLEY, III et al., | District Judge Thomas M. Rose |
| | Magistrate Judge Michael J. Newman |
| Defendant. : | |

**ORDER OF DISMISSAL: TERMINATION ENTRY**

The Court having been advised by both parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **January 25, 2013**

Thomas M. Rose, Judge
United States District Court